**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JEROME BURNETT, | ) | NO. EDCV 10-00105 SS |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, | ) | |
| Defendant. | ) | |

    IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is REVERSED and the action is REMANDED for further proceedings consistent with the Court's Memorandum Decision and Order.

DATED: September 29, 2010.

                                                                          /S/_____
                                                         SUZANNE H. SEGAL
                                                         UNITED STATES MAGISTRATE JUDGE