1  LAW OFFICES OF BILL LATOUR
2  BILL LATOUR [CSBN: 169758]
3          1420 E. Cooley Dr., Suite 100
           Colton, California 92324
4          Telephone: (909) 796-4560
           Facsimile:  (909) 796-3402
5          E-Mail: Bill.latour@verizon.net
6
7  Attorney for Plaintiff
8                    UNITED STATES DISTRICT COURT
9          CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

10  JEROME BURNETT,                    )    No.  EDCV 10-105 SS
11                                     )
12          Plaintiff,                 )    [PROPOSED] ORDER AWARDING
                                       )    EAJA FEES
13      v.                             )
                                       )
14                                     )
15  MICHAEL J. ASTRUE,                 )
    Commissioner Of Social Security,   )
16                                     )
17          Defendant.                 )
    _____)
18
19          Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),
20          IT IS ORDERED that EAJA fees are awarded in the amount of  THREE
    THOUSAND SEVEN HUNDRED DOLLARS AND 00/100 ($3,700.00) subject to the
21  terms of the stipulation.
22      DATE:  12/21/10          _____
23
24                               HON. SUSANNE H. SEGAL
                                 UNITED STATES MAGISTRATE JUDGE
25
26
27
28

-1-